MARIE HABERMAN, Respondent, v. M. MORAN TRANSPORTATION LINES, INC., and CLIFFORD W. WOODARD, Appellants.— Judgment and order affirmed, with costs. All concur, except Dowling, J., who dissents and votes for reversal on the

law and for dismissal of the complaint, and Harris, J., who dissents and votes for reversal on the facts and for granting a new trial on the ground that the finding of negligence in answer to question No. 1 is against the weight of the evidence. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.